

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00752-CR

Beau Allen **GARRETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0051-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 1. 2025.

Rebeca C. Martinez, Chief Justice